ORIGINAL

Misd.Info

LEONARDO M. RAPADAS
United States Attorney
JENNIFER M. SMITH
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM                   06-00013

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. _____ |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** [16 GCA 180102(b) and 18 U.S.C. §§ 7(3) and 13] (Count 1) |
| TOMASA F. NEELY | ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** [16 GCA 180102(a) and 18 U.S.C. §§ 7(3) and 13] (Count 2) |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about May 5, 2006, in the District of Guam, the defendant herein, TOMASA F. NEELY, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while she had .08% or more, by weight, of alcohol in her blood, in violation of 16 Guam

//

Code Annotated, Section 180102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about May 5, 2006, in the District of Guam, the defendant herein, TOMASA F. NEELY, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while she had .08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 180102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

**RESPECTFULLY SUBMITTED** this 15th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JENNIFER M. SANCHEZ
Special Assistant U.S. Attorney