# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____
Same Defendant: _____
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

Magistrate Docket Number: 06-00013
New Defendant: X

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: ___ Yes  X  No

Defendant Name: Tomasa F. Neely

Allisas Name: _____

Address: _____
Agat, Guam

Birth date: XX/XX/1958   SS#: XXX-XX-0050   Sex: F   Race: PI   Nationality: U.S.

**RECEIVED AUG 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

SAUSA: Jennifer Sanchez

Interpreter: X No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2   ___ Petty  X Misdemeanor  ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA § 18102(b), and 18 U.S.C. §§ 7(3) & 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) | 1 |
| Set 2 | 16 GCA § 18102(a), and 18 U.S.C. §§ 7(3) & 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 2 |

Date: 8/15/06    Signature of SAUSA: [signature]

**ORIGINAL**