ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JENNIFER M. SANCHEZ
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

06-00013

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. _____ |
| Plaintiff, ) | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| vs. ) | |
| TOMASA F. NEELY, ) | |
| Defendants. ) | |

COMES NOW the United States of America, by and through Special Assistant United States Attorney Jennifer M. Sanchez, and moves this Honorable Court to issue a Summons for the above-named defendant, on the grounds that the United States has this day filed an Information against said defendant, charging her with misdemeanor crimes involving two counts of Driving Under the Influence of alcohol, in violation of 16 Guam Code Annotated, Sections 180102(a) and (b), and Title 18, United States Code, Sections 7(3) and 13. The United States

//
//
//
//

has probable cause to believe that the above-named defendant has committed the crimes charged in said Information.

RESPECTFULLY SUBMITTED this 15th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*

JENNIFER M. SANCHEZ
Special Assistant U.S. Attorney