Summons.Ord

LEONARDO M. RAPADAS
United States Attorney
JENNIFER M. SANCHEZ
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00013 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | **Re: August 15, 2006** |
| ) | **Request for Summons** |
| TOMASA F. NEELY, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before this Court on Tuesday, August 22, 2006, at 9:00 a.m.

DATED this 16th day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL