
FILED
DISTRICT COURT OF GUAM
AUG 22 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOMASA F. NEELY,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 06-00013<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 17, 2006.

Dated this 22nd day of August, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**