# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**TOMASA F. NEELY**

Case Number:    MJ-06-00013

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>320 |
|---|---|
| Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time<br>Tuesday, August 22, 2006 at 9:00 a.m. |

To answer a(n)
- ☐ Superseding Indictment
- ☒ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) [16 GCA 180102(b) and 18 U.S.C. §§7(3) and 13]**

**COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL [16 GCA 180102(a) and 18 U.S.C. §§7(3) and 13]**

**FILED**
DISTRICT COURT OF GUAM
AUG 22 2006
MARY L.M. MORAN
CLERK OF COURT

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

**August 17, 2006**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]  Date  21 Aug 06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. District Court D/Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  21 Aug 06            J. Salas
            Date                  Name of United States Marshal

                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.