JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
TOMASA F. NEELY



FILED
DISTRICT COURT OF GUAM
SEP 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG-06-00013 |
| Plaintiff, | ) STIPULATION TO CONTINUE JURY |
| vs. | ) SELECTION AND TRIAL |
| TOMASA F. NEELY, | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE JURY SELECTION AND TRIAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury selection and trial currently scheduled for October 18, 2006, be rescheduled to a date approximately (1) month thereafter to be selected by the court. The parties make this request on the basis that additional time is required to obtain certain information related to the discovery requests

**ORIGINAL**

previously submitted by defendant.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 20, 2006.


_____
RICHARD P. ARENS
Attorney for Defendant
TOMASA F. NEELY

_____
JENNIFER SANCHEZ
Attorney for Plaintiff
UNITED STATES OF AMERICA

2