JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
TOMASA F. NEELY

FILED
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MG-06-00013 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE JURY ) SELECTION AND TRIAL |
| vs. | ) |
| TOMASA F. NEELY, | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE JURY SELECTION AND TRIAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury selection and trial currently scheduled for October 18, 2006, be rescheduled to a date approximately (1) month thereafter to be selected by the court. The parties make this request on the basis that plea negotiations have been concluded and an agreement will be filed with the court at the earliest possible convenience. The parties further agree that any period of delay resulting from this

stipulation shall be excluded under the provisions of the Speedy Trial Act (18 U.S.C. 3161(h)(8)(A)), as the ends of justice are served by the requested continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 28, 2006.

_____
RICHARD P. ARENS
Attorney for Defendant
TOMASA F. NEELY

_____
JENNIFER SANCHEZ
Attorney for Plaintiff
UNITED STATES OF AMERICA