ORIGINAL

JOHN T. GORMAN
Federal Public Defender

RICHARD P. ARENS
Assistant Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JEREMY MILLETT



FILED
DISTRICT COURT OF GUAM

SEP 29 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOMASA F. NEELY,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00013<br><br><br><br>ORDER<br>re Stipulations to Continue Trial |

The Stipulations filed on September 21 and 28, 2006, are HEREBY APPROVED. The trial previously scheduled to commence on October 18, 2006, shall be moved to November 14, 2006, at 9:00 a.m. Pretrial motions shall be filed no later than October 24, 2006. Furthermore, based on the parties' representations in the Stipulations filed herein, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. Accordingly, the period commencing September 21, 2006, through November 14, 2006, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: Hagatna, Guam, September 29, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge