tomasaneelydism

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
APR 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00013 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **INFORMATION** |
| TOMASA NEELY, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, TOMASA NEELY, be dismissed, without prejudice, for the reason that the defendant has been charged and sentenced to an Information in Magistrate Case No. 06-00026.

Respectfully submitted this 26th day of April 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
for RYAN M. ANDERSON
Special Assistant U.S. Attorney