LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING INFORMATION** |
| vs. | ) | |
| | ) | |
| TOMASA NEELY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the request of the government,

IT IS SO ORDERED that the Information in the above case is dismissed without

prejudice.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 27, 2007**